Standard Discount Company, Inc., Appellee, v. Jackson Funeral System Association, Appellant.

Gen. No. 42,577.

opinion filed November 4, 1943; rehearing denied November 23, 1943.   Harris B. Gaines, for appellant; Victor H. Bloom, for appellee.   Opinion by JUSTICE SCANLAN.   Not to be published in full.